IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-53

| | |
|---|---|
| NATIONAL ASSOCIATION FOR RATIONAL SEXUAL OFFENSE LAWS; NC RSOL; and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA STEIN, Attorney General of the State of North Carolina;<br><br>DISTRICT ATTORNEYS<br><br>Lorrin Freeman (District 10), Pat Nadolski (District 15A), and Kristy Newton (District 16A),<br><br>Defendants. | **DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT OF DREW DOLL** |

NOW COME Defendants, by and through counsel, and moves to exclude the expert report and opinion of Drew Doll pursuant to Rule 702, Federal Rules of Evidence, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Plaintiffs have offered Doll's opinion that North Carolina's sex offender registry ("the Registry") "replicates and is more severe than the requirements of probation and supervised release," in support of their motion for summary judgment. (D.E. 92-1) Doll's opinions should be excluded under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny because Doll's analysis is largely anecdotal and does not rely upon any particular type of expertise, scientific methodology, or principles. Furthermore, Doll lacks

the requisite knowledge, skill, experience, training, or education to qualify as an expert pursuant to Federal Rule of Evidence 702.

A memorandum of law is filed contemporaneously herewith.

This the 21st day of September, 2020.

JOSHUA H. STEIN
Attorney General1

/s/Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
tlhenderson@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6566
Fax: (919) 716-6763
Attorney for Defendant Stein


/s/Joseph Finarelli
Joseph Finarelli
Special Deputy Attorney General
N.C. State Bar No. 26712
jfinarelli@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6531
Fax: (919) 716-6755
Attorneys for Defendants
Boone, Freeman, and Newton

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **DEFENDANTS' MOTION TO EXCLUDE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff:

>Paul Dubbeling
>paul.dubbeling@gmail.com

This the 21st day of September, 2020.

>/s/Tamika L. Henderson
>Tamika L. Henderson
>Special Deputy Attorney General